UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

ROCK HILL DIVISION

| | | |
|---|---|---|
| United States of America | ) | CR No. 0:91-425-JFA |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Joseph J. Schepis, Jr. | ) | |
| | ) | |
| _____ | ) | |

The defendant Joseph J. Schepis, Jr., has filed a motion for modification of his sentence pursuant to 18 U.S.C. § 3582(c)(2). The government is requested to file a response to this motion within 30 days.

IT IS SO ORDERED.

May 18, 2005  
Columbia, South Carolina

s/ Joseph F. Anderson, Jr.  
United States District Judge

1